Case 3:07-cv-01613-HU   Document 12   Filed 12/05/07   Page 1 of 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**LOUIZA KHADZIEVA,**

        Petitioner,

    vs.

Department of Justice, **MICHAEL B.
MUKASEY**[1], United States Attorney General;
Federal Bureau of Investigation, **ROBERT S.
MUELLER III,** Director and **MICHAEL A.
CANNON** Chief, National Name Check
Program; Department of Homeland Security,
**MICHAEL CHERTOFF,** Secretary; and
United States Citizenship and Immigration
Services, **WILLIAM McNAMEE,** Portland
District Director and **EMILIO GONZALES,**
Director,

        Respondents.

Civil Case No. CV 07-1613-HU

Agency # A 47 645 178

**ORDER OF REMAND WITH
INSTRUCTIONS**

Based on the joint motion of the parties and the files and records in the case, it is

HEREBY ORDERED AND ADJUDGED as follows.

1.    This matter shall be remanded to the USCIS Respondents with instructions to adjudicate

Petitioner's Application for Naturalization, Immigration Form N-400, and, if the application is

approved, swear in Petitioner as a citizen of the United States within 60 days of the date of the

order of remand.

2.    If, for whatever reason, Petitioner's Application for Naturalization, Immigration Form N-

---

[1]Michael B. Mukasey is automatically substituted for Peter D. Keisler under Fed. R. Civ. P.
Rule 25(d)(l).

400, is not adjudicated within 60 days from the date of the order of remand, this Court shall

retain jurisdiction to review the matter.

3.      All parties waive their rights to appeal this order of remand.

4.      This order of remand shall be without prejudice to the right of Petitioner to apply for

attorney fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d),

and related sections, against the Respondents.

Dated this __5__ day of __Dec__, 2007.

HONORABLE DENNIS J. HUBEL
United States Magistrate Judge

**Page 2**      **Order Of Remand With Instructions**
          *Khadzieva v. Mukasey, et al,* CV 07-1613-HU